Apr 5, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20264-CR-SCOLA/TORRES**

**18 U.S.C. § 1343**

UNITED STATES OF AMERICA

v.

SHAUNA KAY N. SUTHERLAND,

**Defendant.**

_____/

### INFORMATION

The United States of America, by and through the United States Department of Justice,

Criminal Division, Public Integrity Section, charges that:

**COUNT ONE**
**Wire Fraud**
(Title 18, United States Code, Section 1343)

Beginning in or about February, 2011, and continuing until on or about April 24, 2013, in

the Southern District of Florida, the defendant,

**SHAUNA KAY N. SUTHERLAND,**

devised and intended to devise a scheme and artifice to defraud SunTrust Mortgage and the Federal

Home Loan Mortgage Corporation, to obtain money and property by means of materially false and

fraudulent pretenses, representations, and promises, and in doing so, transmitted and caused to be

transmitted by means of wire communications in interstate or foreign commerce, writings, signals,

and email communications for the purpose of executing such scheme and artifice to defraud;

including but not limited to the following emails that SUTHERLAND caused to be sent via interstate wires:

| DATE OF WIRE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|
| March 13, 2013 | Email message sent from sshalom12@gmail.com, to dave@greenleafmgmt.com, by SUTHERLAND using the name of Person A and requesting a check in the amount of $1,425 associated with the real property located at 2931 Campus Pointe Circle in Gainesville, Georgia, originating in Florida and received in Georgia. |
| April 19, 2013 | Electronic wire transfer of $40,050.00 in United States currency deposited into SUTHERLAND's Bank of America account ending in 5805 in Florida, utilizing servers in Texas, California, or Washington. |

In violation of Title 18, United States Code, Section 1343.

Respectfully submitted,

ANNALOU TIROL
ACTING CHIEF
PUBLIC INTEGRITY SECTION

Luke Cass

Simon J. Cataldo
Trial Attorneys
Public Integrity Section
United States Department of Justice
1400 New York Avenue NW, 12th Floor

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

SHAUNA SUTHERLAND,
                    Defendant.

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| _x_ Miami | ____ Key West | |
| ____ FTL | ____ WPB | ____ FTP |

New Defendant(s)               Yes __x__  No ____
Number of New Defendants                    1
Total number of counts                      1

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:       (Yes or No)       No___
     List language and/or dialect       _____

4.   This case will take     5     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0  to 5 days | __x__ | Petty | ____ |
| II | 6  to 10 days | ____ | Minor | ____ |
| III | 11  to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __x__ |
| V | 61 days and over | ____ | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)     No___
     If yes:
     Judge: _____       Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?       (Yes or No)     No__
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____
     Defendant(s) in federal custody as of     No_____
     Defendant(s) in state custody as of     No_____
     Rule 20 from the District of
     Is this a potential death penalty case? (Yes or No)       No___

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney=s Office prior to October 14, 2003?     Yes _____     No x____

_____
Luke Cass & Simon Cataldo
DOJ TRIAL ATTORNEYS
Court I.D. Nos. A5502202, A5502381

\*Penalty Sheet(s) attached                                                    REV 5/3/17

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Shauna Sutherland

**Case No**: _____

Count #: 1

    Count I: Title 18, United States Code, Section 1343 (wire fraud)

**\* Max. Penalty**:   Count One of the Information carries a maximum sentence of twenty (20) years of imprisonment, a fine of up to $250,000, a $100 special assessment, and a three-year term of supervised release.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**